IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| Jeffery Joe, | ) | C/A No.: 3:19-823-JFA-SVH |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| Kershaw County Sheriff's Office, Kershaw County, Brad Lawson, and Justin Spivey, | ) | |
| Defendants. | ) | |

This matter is before the court on Defendants' motion [ECF No. 16] to depose Plaintiff pursuant to Fed. R. Civ. P. 30(a)(2)(B).

It appearing to the court that Defendants' request is reasonable and proper, Defendants' motion is granted. Defendants are permitted to depose Plaintiff.

IT IS SO ORDERED.

January 6, 2020
Columbia, South Carolina

Shiva V. Hodges
United States Magistrate Judge